IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**GLENN WANE HAWKINS**                                                  **PLAINTIFF**

**VERSUS**                                        **CIVIL ACTION NO. 1:14-cv-402-JCG**

**DR. GLORIA PERRY, ET AL.**                                   **RESPONDENT**

## FINAL JUDGMENT OF DISMISSAL

In accordance with the Court's Memorandum Opinion and Order entered on August 31, 2016 dismissing with prejudice Plaintiffs' claims against Defendants Dr. Gloria Perry, Dr. Ronald Woodall, Christopher Epps, and Wexford Health Care, this civil action should be dismissed with prejudice.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned civil action is dismissed with prejudice as to all parties.

**SO ORDERED** this the 31st day of August, 2016.

*s/ John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE